UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
:
Daniel J. Cancelliere :
:
Debtor : Bankruptcy No. <u>19-15648-jkf</u>

### ORDER

AND NOW, this 26th day of September, 2019, upon consideration of the Motion to Extend the Time to File Schedules and Financial Statements it is hereby **ORDERED** that said Motion is granted and an additional extension of time is given until Friday, October 11, 2019.

_____
Honorable Jean K. Fitzsimon
US Bankruptcy Judge