United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-15648-jkf
Daniel J. Cancelliere                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia            Page 1 of 1            Date Rcvd: Sep 26, 2019
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
db             +Daniel J. Cancelliere,    618 Hartzel Way,    Sellersville, PA 18960-3367

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
               bkgroup@kmllawgroup.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Daniel J. Cancelliere msbankruptcy@verizon.net,
               schwartzmr87357@notify.bestcase.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| Daniel J. Cancelliere | : |
| | : |
| Debtor | : Bankruptcy No. <u>19-15648-jkf</u> |

# ORDER

AND NOW, this 26th day of September, 2019, upon consideration of the Motion to Extend the Time to File Schedules and Financial Statements it is hereby **ORDERED** that said Motion is granted and an additional extension of time is given until <u>Friday, October 11, 2019</u>.

_____
Honorable Jean K. Fitzsimon
US Bankruptcy Judge