**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re : Chapter 13

**Daniel J. Cancelliere**

:

Debtor : Bankruptcy No.19-15648JKF

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 9/12/2019 and extended to 10/11/2019, this case is hereby DISMISSED.

**Date: October 21, 2019**

Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents: Attorney Disclosure Statement
Chapter 13 Plan
Schedules A/B-J
Statement of Financial Affairs
Summary of Assets & Liabilities B106
Chapter 13 Income Form 122C-1
Means Test Calculation 122C-2

bfmisdoc