United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-15648-jkf
Daniel J. Cancelliere                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Oct 21, 2019
                             Form ID: pdf900          Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db              +Daniel J. Cancelliere,   618 Hartzel Way,   Sellersville, PA 18960-3367
14386707        +AR Resources, Inc.,   Attn: Bankruptcy,   Po Box 1056,   Blue Bell, PA 19422-0287
14401006         American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                  Malvern  PA 19355-0701
14386706        +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
14386709        +Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
14386710        +Citicards Cbna,   Citi Bank,   Po Box 6077,   Sioux Falls, SD 57117-6077
14407131        +Hilltown Walk Community,   975 Easton Rd Ste 102,   Warrington PA 18976-1858
14402584        +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                  c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
14392211        +ROUNDPOINT MORTGAGE SERVICING CORPORATION,   C/O  Kevin G. McDonald, Esq.,   KML Law Group,
                  701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
14386714        +RoundPoint Mortgage Servicing Corporatio,   Attn: Bankruptcy,   Po Box 19409,
                  Charlotte, NC 28219-9409
14386717        +Target,   Attn: Bankruptcy,   Po Box 9475,   Minneapolis, MN 55440-9475
14386718        +Tnb-Visa  (TV) / Target,   C/O Financial & Retail Services,   Mailstop BV  PO Box 9475,
                  Minneapolis, MN 55440-9475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Oct 22 2019 03:32:50     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 22 2019 03:32:30     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 03:46:07     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14386708        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 22 2019 03:46:05     Capital One,
                  Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14393814        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2019 03:46:24
                  Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14386711        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2019 03:32:02     Comenity Bank/Express,
                  Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
14386712         E-mail/Text: mrdiscen@discover.com Oct 22 2019 03:31:54     Discover Financial,
                  Attn: Bankruptcy Department,   Po Box 15316,   Wilmington, DE 19850
14396126         E-mail/Text: mrdiscen@discover.com Oct 22 2019 03:31:54     Discover Bank,
                  Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14400156         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2019 03:32:19
                  Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
14386713         E-mail/Text: colleen.atkinson@rmscollect.com Oct 22 2019 03:32:57     Receivable Management Inc,
                  7206 Hull Rd,   Ste 211,   Richmond, VA 23235
14386716        +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 03:44:42     Syncb/Toys 'R' Us,
                  Attn: Bankruptcy,   Po Box 965004,   Orlando, FL 32896-5004
14386715        +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 03:46:08     Syncb/hhgreg,   Attn: Bankruptcy,
                  Po Box 965060,   Orlando, FL 32896-5060
14387588        +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 03:44:41     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                          TOTAL: 13


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                      Signature:   /s/Joseph Speetjens

District/off: 0313-2            User: Virginia            Page 2 of 2            Date Rcvd: Oct 21, 2019
                               Form ID: pdf900           Total Noticed: 25

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
               bkgroup@kmllawgroup.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Daniel J. Cancelliere msbankruptcy@verizon.net,
               schwartzmr87357@notify.bestcase.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**


In re                                               :    Chapter   13


**Daniel J. Cancelliere**
                                                    :

            Debtor                        :    Bankruptcy No.19-15648JKF


ORDER


            AND NOW, it is  ORDERED that since the debtor(s) have failed to
timely file the documents required by the order dated 9/12/2019  and extended to
10/11/2019, this case is hereby DISMISSED.


**Date: October 21, 2019**

                                    _____
                                    Jean K. FitzSimon
                                    United States Bankruptcy Judge


Missing Documents:          Attorney Disclosure Statement
                            Chapter 13 Plan
                            Schedules A/B-J
                            Statement of Financial Affairs
                            Summary of Assets & Liabilities B106
                            Chapter 13 Income Form 122C-1
                            Means Test Calculation 122C-2


bfmisdoc